```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

JOAN C. LIPIN,                                  :       07 Civ. 7833 (RJH)
                                                :
                Plaintiff,                      :
                                                :
        -against-                               :       **ORDER**
                                                :
ULF BERGQUIST,                                  :
                                                :
                Defendant.                      :
                                                :
------------------------------------------------------------x

      The Memorandum Order and Opinion filed on March 17, 2008 in the action docketed 07 Civ. 226 instructed the clerk as follows: "The clerk is requested to remove the *Bergquist* Amended Complaint [46, 47, 48] from the 07 Civ. 226 docket. It should not be removed from the 07 Civ. 7833 docket." The clerk's office has informed the Court that the *Bergquist* Amended Complaint was never filed in the 07 Civ. 7833 docket. Therefore, the clerk is directed to enter the *Bergquist* Amended Complaint in the 07 Civ. 7833 docket. It should remain stricken from the 07 Civ. 226 docket.

SO ORDERED.

Dated: New York, New York
       April 3, 2008

                                                              _____
                                                              Richard J. Holwell
                                                           United States District Judge