USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/08

**JOAN CAROL LIPIN**
*45 East 89th Street, Apartment 14 C*
*New York, New York 10128*
*Tel: (212) 722-5894; Fax: (201) 795-1770*

<u>By Fax</u>

April 19, 2008

RECEIVED
APR 21 2008
CHAMBERS OF
RICHARD J. HOLWELL

Hon. Richard J. Holwell, U.S.D.J.
United States District Court
For the Southern District of New York
500 Pearl Street, Room 1950
New York, New York 10007

Re: <u>Joan C. Lipin v. Ulf Bergquist, 07 Civ. 7833 (RJH)</u>

Dear Judge Holwell:

The purpose of this letter is to request an adjustment of time within which to file my reply papers to defendants' responses to plaintiff's motion dated March 29, 2008.

This request is made necessary by defendants' late responses that were not received by plaintiff until Friday, April 18, 2008.

Defendants received plaintiff's motion on April 2, 2008, by Federal Express.

Plaintiff served and filed her motion on April 1, 2008, and the opposition papers were due by April 12, 2008, as set forth in the Notice of Motion which states:

> **PLEASE TAKE FURTHER NOTICE** that, in accordance with Local Civil Rule 6.1(b)(2) of the Rules of the Court, any opposing affidavits and answering memoranda are required to be served by delivery to the address below on or before ten (10) business days after receipt of the aforesaid papers in support of this motion.

The late papers of defendants were received by the undersigned the day before Passover.

Passover is the biblical festival that celebrates the triumph of the Jewish people their over their adversaries' conspiratorial scheme to annihilate them by genocide.

The undersigned observes the Passover Seder that begins today, April 19, 2008. Defendants' late papers therefore interfere with my Passover observances and my ability to prepare adequate responses before the return date on April 23, 2008.

This <u>pro se plaintiff therefore respectfully requests a one week adjustment of time, to April 28, 2008, within which to file her reply papers</u>, and a <u>corresponding adjustment of time for a return date of April 30, 2008,</u> or at some other date that the Court may specify.

There has been no previous request for this adjustment of time.

Respectfully submitted,

Joan C. Lipin
Plaintiff Pro Se

*[Handwritten note:]* Plaintiff may file reply papers by 4/28/08. The Court will advise the parties if it concludes that oral argument would be useful. SO ORDERED RJH USDJ

cc: David Berger, Esq. (By Fax)